UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                §
                                      §
CASTLE, KENNETH R                     §     Case No. 10-53278
                                      §
           Debtor(s)                  §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

       Funds were disbursed in the following amounts:

       Payments made under an interim
       disbursement
       Administrative expenses
       Bank service fees
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

| Case No: | 10-53278 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CASTLE, KENNETH R | | | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | | | 341(a) Meeting Date: | 01/12/11 |
| For Period Ending: 04/27/12 | | | | Claims Bar Date: | 08/18/11 |

Exhibit A

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2521 Tilden Ave, Delavan WI 53115 - Joint with est | 69,600.00 | 0.00 | | 0.00 | 0.00 |
| 2. 230 Herrick Rd Riverside, IL 60546 - (Debtor's pri | 280,000.00 | 24,419.00 | | 0.00 | 24,419.00 |
| 3. Checking account with Harris | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. Household goods: TV, DVD player, camcorder, camera | 2,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | 0.00 |
| 6. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. Watch, Wedding Band | 50.00 | 50.00 | | 0.00 | 50.00 |
| 8. Whole life insurance - Cash surrender value unknow | 0.00 | Unknown | | 0.00 | Unknown |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 140,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 160 shares of Prudential at approximately $50 per | 8,000.00 | 6,150.00 | | 9,199.00 | 0.00 |
| 11. Debtor's anticipated 50% interest in 2010 Income T | 1,150.00 | 500.00 | | 0.00 | 500.00 |
| 12. Debtor was in a minor car accident in November, 20 | 0.00 | Unknown | | 0.00 | Unknown |
| 13. CHASE - 2008 Chevrolet Cobalt with over 30,000 mil | 6,400.00 | 6,400.00 | | 0.00 | 6,400.00 |
| 14. US BANK - 2004 Chevrolet Avalanche with over 60,00 | 11,175.00 | 8,775.00 | | 0.00 | 8,775.00 |
| 15. Harris N A - 2008 Chevrolet Cobalt with over 30,00 | 6,400.00 | 6,400.00 | | 0.00 | 6,400.00 |
| 16. Harris N A - 2008 Chevrolet Cobalt with over 30,00 | 6,400.00 | 6,400.00 | | 0.00 | 6,400.00 |
| 17. Several lawnmowers and other small scale machine e | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 18. Family Pet. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.81 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $533,275.00    $60,094.00    $9,199.81    $53,944.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

collected non-exempt assets

asset/POC bar notice filed, POC bar date 8-18-11

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

LFORM1    Ver: 16.06a

**FORM 1**
Case 10-53278  Doc 44  Filed 04/30/12  Entered 04/30/12 15:16:57  Desc Main
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
Document  Page 4 of 13
**ASSET CASES**
Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-53278  JPC  Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CASTLE, KENNETH R | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | 341(a) Meeting Date: | 01/12/11 |
| | | Claims Bar Date: | 08/18/11 |

Initial Projected Date of Final Report (TFR): 06/30/12  Current Projected Date of Final Report (TFR): 06/30/12

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 10-53278 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASTLE, KENNETH R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4827  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4637 | | | |
| For Period Ending: | 04/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/17/11 | 10 | Kenneth Castle<br>230 Herrick Rd<br>Riverside, IL 60546-2017 | RCPTS - LIQUID. OF PERSONAL PROP. | 1129-000 | 9,199.00 | | 9,199.00 |
| 05/31/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 9,199.03 |
| 06/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,199.11 |
| 07/29/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,199.18 |
| 08/31/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,199.26 |
| 09/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,199.34 |
| 10/31/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,199.42 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 11.72 | 9,187.70 |
| 11/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,187.78 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 11.33 | 9,176.45 |
| 12/30/11 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,176.53 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 11.31 | 9,165.22 |
| 01/31/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,165.30 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 12.02 | 9,153.28 |
| 02/29/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,153.35 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 10.88 | 9,142.47 |
| 03/26/12 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS | 2300-000 | | 7.65 | 9,134.82 |
| 03/30/12 | 19 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 9,134.89 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 11.24 | 9,123.65 |
| 04/04/12 | 19 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 9,123.66 |
| 04/04/12 | | Transfer to Acct #*******5318 | Final Posting Transfer | 9999-000 | | 9,123.66 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*     Page Subtotals     9,199.81     9,199.81

Ver: 16.06a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 10-53278 -JPC | |
| Case Name: | CASTLE, KENNETH R | |
| Taxpayer ID No: | *******4637 | |
| For Period Ending: | 04/27/12 | |

| | | |
|---|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******4827 Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 9,199.81 | 9,199.81 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 9,123.66 | |
| | | | Subtotal | | 9,199.81 | 76.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 9,199.81 | 76.15 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Page Subtotals  0.00  0.00

Ver: 16.06a
LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 10-53278 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASTLE, KENNETH R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******5318 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4637 | | | |
| For Period Ending: | 04/27/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/04/12 | | Transfer from Acct #*******4827 | Transfer In From MMA Account | 9999-000 | 9,123.66 | | 9,123.66 |
| | | | COLUMN TOTALS | | 9,123.66 | 0.00 | 9,123.66 |
| | | | Less: Bank Transfers/CD's | | 9,123.66 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******4827 | 9,199.81 | 76.15 | 0.00 |
| Checking Account (Non-Interest Earn - *******5318 | 0.00 | 0.00 | 9,123.66 |
| | ------------------ | ------------------ | ------------------ |
| | 9,199.81 | 76.15 | 9,123.66 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 27, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-53278  
Debtor Name: CASTLE, KENNETH R  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $5,678.50 | $0.00 | $5,678.50 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Administrative | | $52.22 | $0.00 | $52.22 |
| 001<br>3410-00 | ALAN SANCHEZ, CPA, P.C.<br>948 WEST NEWPORT<br>CHICAGO, IL 60657-2313 | Administrative | | $525.00 | $0.00 | $525.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Unsecured | | $856.41 | $0.00 | $856.41 |
| 000002<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>201 N. Central Ave.<br>AZ1-1191<br>Phoenix, AZ 85004 | Unsecured | | $7,352.57 | $0.00 | $7,352.57 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $2,021.18 | $0.00 | $2,021.18 |
| 000004<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $6,065.43 | $0.00 | $6,065.43 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $15,872.42 | $0.00 | $15,872.42 |
| 000006<br>070<br>7100-00 | Fifth Third Bank<br>PO BOX 829009<br>Dallas, TX 75382 | Unsecured | | $7,076.44 | $0.00 | $7,076.44 |
| 000007<br>070<br>7100-00 | Amalgamated BK Chicago<br>Attn: Bankruptcy Dept.<br>1 W Monroe St<br>Chicago, IL 60603 | Unsecured | | $2,185.31 | $0.00 | $2,185.31 |
| 000008<br>070<br>7100-00 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave.<br>Wilkes-Barre, PA 18706 | Unsecured | | $49,779.83 | $0.00 | $49,779.83 |
| 000009<br>070<br>7100-00 | Capital Recovery III LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $5,565.04 | $0.00 | $5,565.04 |

| Page 2 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: April 27, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-53278  
Debtor Name: CASTLE, KENNETH R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,537.58 | $0.00 | $1,537.58 |
| 000011<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $6,481.64 | $0.00 | $6,481.64 |
| 000012<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $628.94 | $0.00 | $628.94 |
| 000013<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $6,266.15 | $0.00 | $6,266.15 |
| 000014<br>070<br>7100-00 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $609.91 | $0.00 | $609.91 |
| 000015<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,236.29 | $0.00 | $2,236.29 |
| 000016<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $1,261.83 | $0.00 | $1,261.83 |
| 000017<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $822.78 | $0.00 | $822.78 |
| 000018<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $19,502.39 | $0.00 | $19,502.39 |

Page 3

**EXHIBIT A**
**ANALYSIS OF CLAIMS REGISTER**

Date: April 27, 2012

Case Number: 10-53278
Debtor Name: CASTLE, KENNETH R

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000019 070 7100-00 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $4,492.48 | $0.00 | $4,492.48 |
| | Case Totals: | | | $146,870.34 | $0.00 | $146,870.34 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-53278
Case Name: CASTLE, KENNETH R
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

      Balance on hand       $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Accountant for Trustee Fees: ALAN SANCHEZ, CPA, P.C. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | Fifth Third Bank | $ | $ | $ |
| 000007 | Amalgamated BK Chicago | $ | $ | $ |
| 000008 | Sallie Mae | $ | $ | $ |
| 000009 | Capital Recovery III LLC | $ | $ | $ |
| 000010 | Capital Recovery IV LLC | $ | $ | $ |
| 000011 | Capital Recovery IV LLC | $ | $ | $ |
| 000012 | Capital Recovery IV LLC | $ | $ | $ |
| 000013 | Capital Recovery IV LLC | $ | $ | $ |
| 000014 | Capital Recovery IV LLC | $ | $ | $ |
| 000015 | GE Money Bank | $ | $ | $ |
| 000016 | GE Money Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | GE Money Bank | $ | $ | $ |
| 000018 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000019 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

   Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE