UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CASTLE, KENNETH R § Case No. 10-53278
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKR. CT
219 S. DEARBORN STREET
7TH FLOOR
CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on  in Courtroom 680,

United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/27/2012         By: /s/ Andrew J. Maxwell
                                              Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CASTLE, KENNETH R § Case No. 10-53278
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,199.81 |
| and approved disbursements of | $ | 76.15 |
| leaving a balance on hand of[1] | $ | 9,123.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 1,669.98 | $ 0.00 | $ 1,669.98 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 5,678.50 | $ 0.00 | $ 5,678.50 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 52.22 | $ 0.00 | $ 52.22 |
| Accountant for Trustee Fees: ALAN SANCHEZ, CPA, P.C. | $ 525.00 | $ 0.00 | $ 525.00 |

Total to be paid for chapter 7 administrative expenses    $    7,925.70
Remaining Balance    $    1,197.96

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 133,262.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 856.41 | $ 0.00 | $ 7.70 |
| 000003 | Chase Bank USA, N.A. | $ 2,021.18 | $ 0.00 | $ 18.17 |
| 000004 | Chase Bank USA, N.A. | $ 6,065.43 | $ 0.00 | $ 54.53 |
| 000005 | Chase Bank USA, N.A. | $ 15,872.42 | $ 0.00 | $ 142.68 |
| 000006 | Fifth Third Bank | $ 7,076.44 | $ 0.00 | $ 63.61 |
| 000007 | Amalgamated BK Chicago | $ 2,185.31 | $ 0.00 | $ 19.64 |
| 000008 | Sallie Mae | $ 49,779.83 | $ 0.00 | $ 447.50 |
| 000009 | Capital Recovery III LLC | $ 5,565.04 | $ 0.00 | $ 50.03 |
| 000010 | Capital Recovery IV LLC | $ 1,537.58 | $ 0.00 | $ 13.82 |
| 000011 | Capital Recovery IV LLC | $ 6,481.64 | $ 0.00 | $ 58.27 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Capital Recovery IV LLC | $ 628.94 | $ 0.00 | $ 5.65 |
| 000013 | Capital Recovery IV LLC | $ 6,266.15 | $ 0.00 | $ 56.33 |
| 000014 | Capital Recovery IV LLC | $ 609.91 | $ 0.00 | $ 5.48 |
| 000015 | GE Money Bank | $ 2,236.29 | $ 0.00 | $ 20.10 |
| 000016 | GE Money Bank | $ 1,261.83 | $ 0.00 | $ 11.35 |
| 000017 | GE Money Bank | $ 822.78 | $ 0.00 | $ 7.40 |
| 000018 | FIA Card Services, NA/Bank of America | $ 19,502.39 | $ 0.00 | $ 175.32 |
| 000019 | FIA Card Services, NA/Bank of America | $ 4,492.48 | $ 0.00 | $ 40.38 |

Total to be paid to timely general unsecured creditors     $     1,197.96

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

Case 10-53278    Doc 50    Filed 04/30/12    Entered 05/03/12 01:29:34    Desc Imaged
                    Certificate of Notice    Page 5 of 8

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-53278    Doc 50    Filed 04/30/12    Entered 05/03/12 01:29:34    Desc Imaged
                    Certificate of Notice    Page 5 of 8

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-53278-JPC
Kenneth R Castle                                                        Chapter 7
      Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: dross                 Page 1 of 3                   Date Rcvd: Apr 30, 2012
                              Form ID: pdf006             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2012.
db           +Kenneth R Castle,    230 Herrick Rd,    Riverside, IL 60546-2017
aty          +Maxwell Law Group LLC,    105 West Adams Suite 3200,    Chicago, IL 60603-6209
16491293     +Amalgamated BK Chicago,    Attn: Bankruptcy Dept.,    1 W Monroe St,    Chicago, IL 60603-5384
16491269     +BAC HOME Loans Servici,    Attn: Bankruptcy Dept.,    450 American St,    Simi Valley, CA 93065-6285
16491297     +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
16491296    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,     Attn: Bankruptcy Dept.,    Po Box 85520,
               Richmond, VA 23285)
16491287     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16491280     +CHASE,    Attn: Bankruptcy Dept.,    Po Box 901039,    Fort Worth, TX 76101-2039
16491301      CITI,    Attn: Bankruptcy Dept.,    Po Box 6003,    Hagerstown, MD 21747
16491291     +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
17411556      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16491292     +Chase-Bp,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16491288     +Citgo/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
16491282     +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 740241,    Atlanta, GA 30374-0241
16491283     +Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
16491302     +Fifth Third BANK,    Attn: Bankruptcy Dept.,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
17420440     +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
16491289     +HSBC/Mnrds,    Attn: Bankruptcy Dept.,    90 Christiana Rd,    New Castle, DE 19720-3118
16491276     +Harris N A,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine, IL 60094-4034
16491268     +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
16491286     +Sears/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6189,    Sioux Falls, SD 57117-6189
16491300     +THD/CBSD,    Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
16491284     +TransUnion,    Attn: Bankruptcy Dept.,    P.O. Box 1000,    Chester, PA 19016-1000
16491271    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,     Attn: Bankruptcy Dept.,    Po Box 5227,
               Cincinnati, OH 45201)
16491273    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo HM Mortgag,     Attn: Bankruptcy Dept.,
               8480 Stagecoach Cir,    Frederick, MD 21701)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16491267     +E-mail/Text: BK.Notifications@jpmchase.com May 01 2012 02:38:49      CHASE,
               Attn: Bankruptcy Dept.,    900 Stewart Ave,    Garden City, NY 11530-4891
17360254      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2012 03:26:18      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 248839,    Oklahoma City, OK 73124-8839
17527312      E-mail/PDF: rmscedi@recoverycorp.com May 01 2012 03:37:04      Capital Recovery III LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17548720      E-mail/PDF: rmscedi@recoverycorp.com May 01 2012 03:21:17      Capital Recovery IV LLC,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17684013      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 01 2012 03:36:21
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK 73124-8809
17640449      E-mail/PDF: rmscedi@recoverycorp.com May 01 2012 04:16:47      GE Money Bank,
               c/o Recovery Management Systems Corporat,     25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16491295     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2012 03:21:17      GEMB/CARE CREDIT,
               Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
16491285     +E-mail/PDF: gecsedi@recoverycorp.com May 01 2012 03:36:48      GEMB/DISCOUNT TIRES,
               Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
17369019     +E-mail/Text: BK.Notifications@jpmchase.com May 01 2012 02:38:49      JPMorgan Chase Bank, N.A.,
               201 N. Central Ave.,    AZ1-1191,    Phoenix, AZ 85004-0073
16491275     +E-mail/PDF: pa_dc_claims@salliemae.com May 01 2012 04:27:48      Sallie MAE,
               Attn: Bankruptcy Dept.,    1002 Arthur Dr,    Lynn Haven, FL 32444-1683
17508977     +E-mail/PDF: pa_dc_claims@salliemae.com May 01 2012 04:27:48      Sallie Mae,    c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                               TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16491304*    +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
16491298*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16491303*    +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16491294*    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
16491299*    +CITI,    Attn: Bankruptcy Dept.,    Po Box 6241,    Sioux Falls, SD 57117-6241
16491290*    +GEMB/DISCOUNT TIRES,    Attn: Bankruptcy Dept.,    Po Box 981439,    El Paso, TX 79998-1439
16491278*    +Harris N A,    Attn: Bankruptcy Dept.,    Po Box 94034,    Palatine, IL 60094-4034
16491272*    +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
16491274*    +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
16491277*    +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
16491279*    +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
16491281*    +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
16491270*    +Joan Castle,    230 Herrick Rd,    Riverside IL 60546-2017
                                                                                      TOTALS: 0, * 13, ## 0
```

```
District/off: 0752-1          User: dross              Page 2 of 3            Date Rcvd: Apr 30, 2012
                              Form ID: pdf006          Total Noticed: 36

               ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 02, 2012**                    **Signature:**      *Joseph Speetjens*

```
District/off: 0752-1          User: dross                Page 3 of 3                  Date Rcvd: Apr 30, 2012
                              Form ID: pdf006            Total Noticed: 36
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2012 at the address(es) listed below:

        Andrew J Maxwell    on behalf of Accountant Alan Sanchez maxwelllawchicago@yahoo.com,
         trustee@maxwellandpotts.com;naelipas@maxwellandpotts.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Andrew J Maxwell    maxwelllawchicago@yahoo.com,
         amaxwell@ecf.epiqsystems.com;trustee@maxwellandpotts.com
        Dale A Riley    on behalf of Debtor Kenneth Castle ndil@geracilaw.com
        Jaclyn H. Smith    on behalf of Trustee Andrew Maxwell jhsmith@maxwellandpotts.com,
         preferences_m1@yahoo.com,vbarad@maxwellandpotts.com,maseay@maxwellandpotts.com,
         naelipas@maxwellandpotts.com
        Nicole A Elipas    on behalf of Trustee Andrew Maxwell naelipas@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com;jhsmith@maxwellandpotts.com;vbarad@maxwellandpotts.com;maseay@maxwellandpotts.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Vikram R Barad    on behalf of Trustee Andrew Maxwell vbarad@maxwellandpotts.com,
         maxwelllawchicago@yahoo.com,naelipas@maxwellandpotts.com,marchfirst_trustee@hotmail.com,
         jhsmith@maxwellandpotts.com

                                                                                                         TOTAL: 7