UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
CASTLE, KENNETH R                       §      Case No. 10-53278
                                        §
          Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BAC HOME Loans Servici Attn: Bankruptcy Dept. 450 American St Simi Valley CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 CHASE Attn: Bankruptcy Dept. 900 Stewart Ave Garden City NY 11530 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. Po Box 901039 Fort Worth TX 76101 | | | | | |
| | 4 Harris N A Attn: Bankruptcy Dept. Po Box 94034 Palatine IL 60094 | | | | | |
| | 5 Harris N A Attn: Bankruptcy Dept. Po Box 94034 Palatine IL 60094 | | | | | |
| | 6 US BANK Attn: Bankruptcy Dept. Po Box 5227 Cincinnati OH 45201 | | | | | |
| | 7 Wells Fargo HM Mortgag Attn: Bankruptcy Dept. 8480 Stagecoach Cir Frederick MD 21701 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J MAXWELL ESQ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| ALAN SANCHEZ, CPA, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Amalgamated BK Chicago Attn: Bankruptcy Dept. 1 W Monroe St Chicago IL 60603 | | | | | |
| 10 | CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| 11 | CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | | | | |
| 13 | CITI Attn: Bankruptcy Dept. Po Box 6003 Hagerstown MD 21747 | | | | | |
| 14 | Equifax Attn: Bankruptcy Dept. P.O. Box 740241 Atlanta GA 30374 | | | | | |
| 15 | Experian Attn: Bankruptcy Dept. P.O. Box 2002 Allen TX 75013 | | | | | |
| 16 | Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45227 | | | | | |
| 17 | GEMB/CARE CREDIT Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| 18 | GEMB/DISCOUNT TIRES Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 19 GEMB/DISCOUNT TIRES Attn: Bankruptcy Dept. Po Box 981439 El Paso TX 79998 | | | | | |
| | 2 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 20 HSBC/Mnrds Attn: Bankruptcy Dept. 90 Christiana Rd New Castle DE 19720 | | | | | |
| | 21 Sallie MAE Attn: Bankruptcy Dept. 1002 Arthur Dr Lynn Haven FL 32444 | | | | | |
| | 22 Sears/CBSD Attn: Bankruptcy Dept. Po Box 6189 Sioux Falls SD 57117 | | | | | |
| | 23 THD/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| | 24 TransUnion Attn: Bankruptcy Dept. P.O. Box 1000 Chester PA 19022 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 3 BANK OF America Attn: Bankruptcy Dept. Pob 17054 Wilmington DE 19884 | | | | | |
| | 4 Capital One Attn: Bankruptcy Dept. Po Box 85520 Richmond VA 23285 | | | | | |
| | 5 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 6 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 7 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 8 Chase-Bp Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 9 Citgo/CBSD Attn: Bankruptcy Dept. Po Box 6497 Sioux Falls SD 57117 | | | | | |
| 000007 | AMALGAMATED BK CHICAGO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | CAPITAL RECOVERY III LLC | | | | | |
| 000010 | CAPITAL RECOVERY IV LLC | | | | | |
| 000011 | CAPITAL RECOVERY IV LLC | | | | | |
| 000012 | CAPITAL RECOVERY IV LLC | | | | | |
| 000013 | CAPITAL RECOVERY IV LLC | | | | | |
| 000014 | CAPITAL RECOVERY IV LLC | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000018 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000019 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | FIFTH THIRD BANK | | | | | |
| 000015 | GE MONEY BANK | | | | | |
| 000016 | GE MONEY BANK | | | | | |
| 000017 | GE MONEY BANK | | | | | |
| 000002 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000008 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-53278 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CASTLE, KENNETH R | | | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | | | 341(a) Meeting Date: | 01/12/11 |
| For Period Ending: | 03/21/12 | | | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2521 Tilden Ave, Delavan WI 53115 - Joint with est | 69,600.00 | 0.00 | | 0.00 | 0.00 |
| 2. 230 Herrick Rd Riverside, IL 60546 - (Debtor's pri | 280,000.00 | 24,419.00 | | 0.00 | 24,419.00 |
| 3. Checking account with Harris | 500.00 | 0.00 | | 0.00 | 0.00 |
| 4. Household goods: TV, DVD player, camcorder, camera | 2,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | 0.00 |
| 6. Necessary wearing apparel. | 50.00 | 0.00 | | 0.00 | 0.00 |
| 7. Watch, Wedding Band | 50.00 | 50.00 | | 0.00 | 50.00 |
| 8. Whole life insurance - Cash surrender value unknow | 0.00 | Unknown | | 0.00 | Unknown |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 140,000.00 | 0.00 | | 0.00 | 0.00 |
| 10. 160 shares of Prudential at approximately $50 per | 8,000.00 | 6,150.00 | | 9,199.00 | 0.00 |
| 11. Debtor's anticipated 50% interest in 2010 Income T | 1,150.00 | 500.00 | | 0.00 | 500.00 |
| 12. Debtor was in a minor car accident in November, 20 | 0.00 | Unknown | | 0.00 | Unknown |
| 13. CHASE - 2008 Chevrolet Cobalt with over 30,000 mil | 6,400.00 | 6,400.00 | | 0.00 | 6,400.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-53278 | JPC | Judge: JACQUELINE P. COX | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Case Name: | CASTLE, KENNETH R | | | | Date Filed (f) or Converted (c): | 11/30/10 (f) |
| | | | | | 341(a) Meeting Date: | 01/12/11 |
| | | | | | Claims Bar Date: | 08/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. US BANK - 2004 Chevrolet Avalanche with over 60,00 | 11,175.00 | 8,775.00 | | 0.00 | 8,775.00 |
| 15. Harris N A - 2008 Chevrolet Cobalt with over 30,00 | 6,400.00 | 6,400.00 | | 0.00 | 6,400.00 |
| 16. Harris N A - 2008 Chevrolet Cobalt with over 30,00 | 6,400.00 | 6,400.00 | | 0.00 | 6,400.00 |
| 17. Several lawnmowers and other small scale machine e | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 18. Family Pet. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.73 | Unknown |

TOTALS (Excluding Unknown Values)     $533,275.00     $60,094.00     $9,199.73     Gross Value of Remaining Assets
    $53,944.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

collected non-exempt assets

asset/POC bar notice filed, POC bar date 8-18-11

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 06/30/12

LFORM1     Ver: 16.05d

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-53278 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CASTLE, KENNETH R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4827 Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6914637 | | | |
| For Period Ending: | 03/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/17/11 | 10 | Kenneth Castle<br>230 Herrick Rd<br>Riverside, IL 60546-2017 | RCPTS - LIQUID. OF PERSONAL PROP. | 9,199.00 | | | | | 9,199.00 |
| 05/31/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.03 | | | | 9,199.03 |
| 06/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,199.11 |
| 07/29/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.07 | | | | 9,199.18 |
| 08/31/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,199.26 |
| 09/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,199.34 |
| 10/31/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,199.42 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -11.72 | | 9,187.70 |
| 11/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,187.78 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -11.33 | | 9,176.45 |
| 12/30/11 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,176.53 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -11.31 | | 9,165.22 |
| 01/31/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.08 | | | | 9,165.30 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -12.02 | | 9,153.28 |
| 02/29/12 | 19 | Bank of America, N.A. | Interest Rate 0.010 | | 0.07 | | | | 9,153.35 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | | | | -10.88 | | 9,142.47 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-53278 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | CASTLE, KENNETH R | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******4827  Money Market - Interest Bearing |
| Taxpayer ID No: | 35-6914637 | | | |
| For Period Ending: | 03/21/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | | | | | | | |

LFORM2X  UST Form 101-7-TDR (5/1/2011) *(Page: 15)*                     Ver: 16.05d